HENRIETTA REUTTI HANSON, Respondent, v. AIMEE LATHROP HANSON, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

FEDERAL STEAMSHIP CORPORATION, Appellant, v. SHO SHO YOKO, Respondent.— Order affirmed, with ten dollars costs and disbursements, on the ground that the plaintiff is adequately secured by the bond filed by the defendant February 27, 1918, in the action pending between the same parties in the United States District Court for the Eastern District of New York. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.; Page, J., dissented.

JAMES E. GARNER, Appellant, v. BENJAMIN F. THOMAS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

HAROLD H. ROPKE, Respondent, v. CUPRITE SULPHUR CORPORATION, Appellant.— Order modified as stated in order entered hereon, and as modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

GRACE B. GUGGENHEIM, Appellant, v. EDWARD I. GOODRICH and Another, as Executors, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ALBERT FROEHLICH, Respondent, v. REO MOTOR CAR COMPANY OF NEW YORK, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

JOSEPHINE FRIEDMAN, as Administratrix, etc., Appellant, v. RICHARD H. LONG, Respondent.— Order modified as stated in order entered hereon, and as modified affirmed, with ten dollars costs and disbursements to appellant. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

JOHN T. QUINLAN, as Administrator, etc., v. CARNEGIE TRUST COMPANY and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

WILLIAM H. CROOK, JR., v. JACOB J. LIPTON.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

L. & D. WAIST COMPANY, INC., v. ALBERT HAAS and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MARY FELDSTEIN v. AUGUSTA HERZ and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.